1  NICHOLAS TRUTANICH
United States Attorney
2  District of Nevada
Nevada Bar Number 13644
3  KEVIN D. SCHIFF
Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
5  PHONE: (702) 388-6336
FAX: (702) 388-5087
6  Kevin.Schiff@usdoj.gov
*Attorneys for the United States*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 10 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | **Case No. 2:20-mj-744-VCF** |
| PREMISES KNOWN AS<br>4694 Ametrine Court, Las Vegas, NV 89139<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | MOTION TO UNSEAL |
| IN THE MATTER OF THE SEARCH OF: | **Case No. 2:20-mj-745-VCF** |
| MOTOR VEHICLE<br>2019 Ford bearing California License Plate 57391S2<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | MOTION TO UNSEAL |
| IN THE MATTER OF THE SEARCH OF: | **Case No. 2:20-mj-746-VCF** |
| THE PERSON OF<br>Paul David Koch<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | MOTION TO UNSEAL |
| IN THE MATTER OF THE SAERCH OF: | **Case No. 2:20-mj-747-VCF** |
| CELLULAR DEVICE serviced by T-Mobile assigned telephone number 702-695-0057<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | MOTION TO UNSEAL |

The United States of America, by Nicholas Trutanich, United States Attorney, and his assistant Kevin D. Schiff, herby moves this Court for an Order to unseal the above captioned cause numbers and all documents therein.

The legal process in this matter was issued on August 21, 2020, and sealed at that time to protect the integrity of an ongoing investigation. Subsequently, the investigation resulted in an indictment in United States v. Paul David Koch, 2:20-cr-00240-GMN-BNW.

The Government seeks to unseal the above captioned matters so that documents can be provided in discovery.

DATED this 9 day of September, 2020.

Nicholas Trutanich
United States Attorney

Kevin D. Schiff
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>PREMISES KNOWN AS<br>4694 Ametrine Court, Las Vegas, NV 89139<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | **Case No. 2:20-mj-744-VCF**<br><br>ORDER TO UNSEAL |
| IN THE MATTER OF THE SEARCH OF:<br><br>MOTOR VEHICLE<br>2019 Ford bearing California License Plate 57391S2<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | **Case No. 2:20-mj-745-VCF**<br><br>ORDER TO UNSEAL |
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF<br>Paul David Koch<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | **Case No. 2:20-mj-746-VCF**<br><br>ORDER TO UNSEAL |
| IN THE MATTER OF THE SAERCH OF:<br><br>CELLULAR DEVICE serviced by T-Mobile assigned telephone number 702-695-0057<br><br>COUNTY OF CLARK,<br>STATE OF NEVADA | **Case No. 2:20-mj-747-VCF**<br><br>ORDER TO UNSEAL |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matters and all documents filed therein are unsealed.

IT IS SO ORDERED.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 9-10-2020

3